IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,    )
                             )
          v.                 )  Criminal No. 06-425
                             )
DOMINIC CONROY,              )
     Defendant.              )
```

ORDER

AND NOW, this 4th day of June, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered January 18, 2007, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Thursday, June 7, 2007 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc:   Tina O. Miller,
      Assistant United States Attorney

      W. Penn Hackney,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation